**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
                              )
UNITED STATES OF AMERICA,     )
            Plaintiff,        )
                              )    Criminal No. 13-10195-PBS
      v.                      )
                              )
JOHN C. MCBRIDE,              )
            Defendant.        )
                              )
```

**ORDER**

June 4, 2015

Saris, U.S.D.J.

Pursuant to its authority under 18 U.S.C. § 3583(e), the Court hereby modifies Defendant John C. McBride's conditions of supervised release and adds the following special condition of supervised of release: McBride will "satisfy his tax liability to the IRS and comply with any tax repayment schedule established by the IRS." United States v. Thomas, 635 F.3d 13, 21-22 (1st Cir. 2011).

/s/ PATTI B. SARIS
Patti B. Saris
Chief United States District Judge

1